The Honorable MARY JO HESTON
Chapter 7

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

RUTH ROSSELL,

                Debtor(s).

NO. 19-430944-MJH

*EX PARTE* APPLICATION TO EMPLOY GENERAL COUNSEL

**COMES NOW**, Darren R. Krattli, Chapter 7 Trustee, and files this *Ex Parte* Application to Employ General Counsel, Eisenhower Carlson PLLC and Darren R. Krattli.

Applicant is the duly appointed and acting Chapter 7 Trustee for the above-referenced bankruptcy estate. To perform his duties as Chapter 7 Trustee, Applicant requires the services of an attorney to represent him in the general administration of the bankruptcy proceeding and the sale of personal property. Applicant proposes to employ, pursuant to 11 U.S.C. § 327, Darren R. Krattli and the law firm of Eisenhower Carlson PLLC. Applicant desires to retain said counsel because of Mr. Krattli's experience in bankruptcy proceedings.

To the best of Applicant's knowledge, Eisenhower Carlson PLLC and its attorneys are not disqualified for such employment on the basis that it appears that Eisenhower Carlson PLLC and its attorneys do not represent or hold an interest adverse to Debtor(s), Debtor(s)' estate or the Trustee with respect to the matters with which Eisenhower Carlson PLLC and its attorneys will be employed and Eisenhower Carlson PLLC and its attorneys represents his/her connections with the Debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee are as follows (list all connections, if any):

EX PARTE APPLICATION TO EMPLOY
GENERAL COUNSEL - 1

22304-1/DRK/01225799

DARREN R. KRATTLI
Chapter 7 Trustee
909 A Street, Suite 600
Tacoma, WA 98402
(253) 620-2519

*Sound Credit Union* – attorneys at Eisenhower Carlson PLLC have previously represented Sound Credit Union, but Eisenhower Carlson PLLC does not represent it with respect to this matter or in regard to its credit card collections. The assets being liquidated (a personal injury settlement) are not subject to any security interest of Sound Credit Union. Sound Credit Union is scheduled as having an unsecured claim for $4,976.76 resulting from a credit card.

Applicant is aware of no connections between Eisenhower Carlson PLLC, and the Debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee. No notice to creditors or interested parties of this Application is necessary pursuant to 11 U.S.C. § 102(1) and Fed. R. Bankr. P. 2002.

Counsel is to be retained on an hourly basis of $475.00 per hour, subject to increase, but subject to further Court approval upon proper notice, hearing and order approving payment. No retainer has been provided or promised.

The mailing address for Eisenhower Carlson PLLC is 909 A Street, Suite 600, Tacoma, WA 98402.

The undersigned certifies that he has caused this *ex parte* application to be given via email to the Office of the United States Trustee and has received notification that no objection is being made by the United States Trustee's office.

**WHEREFORE**, Applicant prays that he be authorized to employ Darren R. Krattli and Eisenhower Carlson PLLC as general counsel to represent the estate in the administration of this bankruptcy proceeding, compensation to be paid as provided herein, with payment of compensation remaining subject to further Court approval upon proper notice.

EX PARTE APPLICATION TO EMPLOY
GENERAL COUNSEL - 2

22304-1/DRK/01225799

DARREN R. KRATTLI
Chapter 7 Trustee
909 A Street, Suite 600
Tacoma, WA 98402
(253) 620-2519

DATED this 16th day of April, 2025.

By: */s/ Darren R. Krattli*
Darren R. Krattli, WSBA #39128
Chapter 7 Trustee

EX PARTE APPLICATION TO EMPLOY
GENERAL COUNSEL - 3

22304-1/DRK/01225799

DARREN R. KRATTLI
Chapter 7 Trustee
909 A Street, Suite 600
Tacoma, WA 98402
(253) 620-2519